AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**AMERICAN PATENTS LLC,**
*Plaintiff*

V.   Civil Action No. **6:21−CV−01334−ADA**

**MOFI NETWORK INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Mofi Network Inc.**
  **SERVE: Texas Secretary of State**
  **James E. Rudder Building**
  **1019 Brazos Street, Room 105**
  **Austin, Texas 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

  **Zachariah Harrington**
  **Antonelli, Harrington & Thompson LLP**
  **4306 Yoakum Blvd., Suite 450**
  **Houston, TX 77006**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
  **s/CINDY VEGA**
DEPUTY CLERK

**ISSUED ON 2022−01−18 14:19:37**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-01334-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mofi Network Inc. SERVE: Texas Secretary of State was received by me on *(date)* Jan 18, 2022, 5:26 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Web Jerome , who is designated by law to accept service of process on behalf of *(name of organization)* Mofi Network Inc. SERVE: Texas Secretary of State on *(date)* Thu, Jan 20 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 1/21/2022

_____
Server's signature

Chris Dathe
_____
*Printed name and title*

1108 Lavaca St Ste 110-440, Austin, TX 78701
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 20, 2022, 1:19 pm CST at James E. Rudder Building: 1019 Brazos St Room 105, Austin, TX 78701 received by Web Jerome. Age: 40; Ethnicity: African American; Gender: Male; Weight: 110 lbs.; Height: 5'2"; Hair: Black; Relationship: Designated Agent ;

DOCUMENT SERVED: SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT